# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 21, 2022

## NO. 03-21-00249-CV

**Francis M. Harrison, Appellant**

**v.**

**Mary E. Freehill and Charles Gerard Harrison, Appellees**

## APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
## AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the order denying a motion to enforce the settlement agreement signed by the probate court on February 26, 2021, and the order denying a motion for new trial signed by the probate court on May 10, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the orders. Therefore, the Court affirms the probate court's orders. The Court further affirms the order granting summary judgment signed by the probate court on February 26, 2021. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.